IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| LUIS JOHANNY CORDERO-COLMENAREZ,<br>Petitioner,<br><br>v.<br><br>WARDEN, FCI ATLANTA, et al.,<br>Respondents. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | PRISONER HABEAS CORPUS<br>28 U.S.C. § 2241<br><br><br><br><br>CIVIL ACTION NO.<br>1:26-CV-5591-SCJ-JEM |

**ORDER**

Petitioner, Luis Johanny Cordero-Colmenarez, represented by counsel, submitted a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. (Doc. 1.) Petitioner paid the $5.00 filing fee.

The Clerk is **DIRECTED** to transmit a copy of the petition and this Order as follows: (1) by certified mail to Respondents; and (2) by ECF notification to the United States Attorney for the Northern District of Georgia, by delivery to the Civil Process Clerk's email box and the United States Attorney's Office habeas email box. Respondents are **ORDERED** to (1) show cause within **21 DAYS** after the receipt of this Order why the petition should not be granted, and (2) transmit to this Court all available pleadings, transcripts, and decisions needed to determine the issues raised.

**SO ORDERED**, this 1st day of October, 2026.

J. Elizabeth McBath

J. ELIZABETH McBATH
UNITED STATES MAGISTRATE JUDGE